UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YASEEN TRAYNOR,
                              Plaintiff,

           -v-

ASICS AMERICA CORPORATION,
                              Defendant.

19-CV-474 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: April 12, 2019
       New York, New York

                                                J. PAUL OETKEN
                                            United States District Judge